# United States District Court
### Western District of Washington

__Abigail Rice__
*Plaintiff*

VS

__Experian__
*Defendant*

Case NO. 2:24-cv-00267 RAJ

COMPLAINT FOR A CIVIL CASE

Jury Trail:  ☐ Yes  ☒ NO

*FILED LODGED ENTERED RECEIVED*
*FEB 27 2024*
*BY CLERK U.S. DISTRICT COURT AT SEATTLE WESTERN DISTRICT OF WASHINGTON*
*DEPUTY*

# COMPLAINT FOR A CIVIL CASE

## The Parties to This Complaint

### A. The Plaintiff

| | |
|---|---|
| Name: | Abigail Rice |
| Street Address: | 2125 127th Pl SW |
| City and County: | Everett Snohomish County |
| State and Zip Code: | Washington, 98204 |
| Telephone Number: | 425.954.0955 |
| Email Address: | Abigailrice2023@yahoo.com |

### B. The Defendant

| | |
|---|---|
| Name: | Experian |
| Street Address: | 475 Anton Blvd |
| City and County: | Costa Mesa |
| State and Zip Code: | California 98626 |

# United States District Court
## Western District of Washington

**I.   Basis for Jurisdiction**

☒ Federal Question    ☒ Diversity of Citizenship

**II.  Federal Question**

1) RCW 19.182.090, Consumer file
2) RCW 9.35.202, Identity Crime
3) 15 U.S. Code § 1681a, fair and accurate credit reporting
4) 12 CFR § 1022.123, Appropriate proof of identity
5) 15 U.S.C. Sec. 1681n(a)(1)(A), allows a consumer to recover any actual damages sustained by the consumer as a result of the [violation]
6) s (15 U.S.C. § 1681a(f) Maintain reasonable procedures to ensure the accuracy of their consumer reports
7) Section 623(a)(6), If a furnisher learns that it has furnished inaccurate information
8) RCW 9.35.020, a consumer reporting agency shall permanently block reporting any information the consumer identifies on his or her consumer report is a result of a violation of RCW 9.35.020

**III. Diversity of Citizenship**

1. The Plaintiff
    A. The plaintiff Abigail Rice, is a citizen of the state of Washington
2. The Defendant
    A. The defendant, Experian, is a Credit Bureau of the United States and their corporate office is located in the state of California

**IV.  The Amount in Controversy**

The Plaintiff seeking $100,000 in recovery

**V.   Statement of Claim**

I have been a victim of identity theft for 15 years with my old SSN . About 8 years ago, I discovered that many states were using that identity and that my credit profile was being sold. Once I found out, I cleared the perpetrator's address, name, and phone numbers from my credit profile. The identity theft slowed down but persisted. I then purchased a membership to have control to lock and unlock my profile. The credit identity theft slowed down but they began to open utility accounts, taxes, welfare, unemployment, etc in my name. The last straw for me was when they went into Macy's and shopped with my store credit using a fake ID.

Oct, 14th 2023 I applied for a name change and was granted it By the District Court. On Oct 16, 2023, I went into the SSA local office, applied for a new SSN, and provided them with my court-certified name change documents. I also provided them with substantial documented evidence of the ongoing identity theft misuse. On January 4th, 2024 the SSA granted the issuance of a new SSN with the name change.

## United States District Court
### Western District of Washington

On February 5th I was granted the seal of my name change by District Court. As of now, I am free from Identity theft with my new identity SSN ending in ▇▇▇.

On 1/16/2024 I submitted all documents to Experian in an attempt to have them transfer my credit history to my new identity "tracking- 9589071052701289095432" and delete my old identity to prevent further misuse. On 1/25/2023 I received a reply from Experian that my results from this dispute are ready "report number 3997847507". In this report, they attached my new name with my old SSN, they did not update my profile with the new name and new SSN as requested. My name change is sealed and updating the wrong SSN with the updated name allows my perpetrators to gain knowledge that I have a name change. I never changed my name with the old SSN. I received a new name with a new SSN. The old name should have remained with the old SSN. In addition, with the completed dispute results they added 19 authorized users to my profile "report number 4005762209 - error". Also, they created a new profile for my new identity, but their system is not allowing me to create a member account. Also, you added the wrong DOB to my new identity. I have mailed you certified mail with return receipts 5 times and you filed to comply with my request to fix these errors. Tracking numbers 9589071052701289095432, 9589071052701289099379, 9589071052701289100136, 9589071052700447234270, 9589071052701289099317.

I have lost work, and school because of my constant involvement with Experian for the past 2 months via phone and postal. I have been denied credit as well. I have purchased a membership using my old identity to keep my self-updated with my Experian disputes. And I see that they are not making corrections, they keep making more and more errors. I am now involved in mental health because I feel defeated by Experian "mental anguish". I've been through so much with my identity and all I want is my life back/my identity back! Experian failed to comply, which leaves me no choice but to bring a lawsuit to get heard.

VI. **Relief**
1) Allow Abigail Rice to create an online member account with her new identity ending in ▇▇▇ by fixing system errors.
2) Correct Abigail Rice new identity "DOB" with SSN ending in ▇▇▇.
3) There has never been a name change with the SSN ending in ▇▇▇. Correct your error and remove Abigail Rice from SSN ending in ▇▇▇. And update that profile with the correct name Azalea Adams. Azalea Adams is assigned to SSN ending in ▇▇▇.
4) Do not merge SSN ending in ▇▇▇ with SSN ending in ▇▇▇.
5) Remove the 19 inaccurate authorize user accounts that you guys mysteriously put on credit profile SSN ending in ▇▇▇.
6) Permanently delete or freeze SSN ending in ▇▇▇.

FIANCIAL RELEIF

1) $96.00 Recovery of certified postal fees
2) $4,000.00 Recovery of lost school and work
3) $60.00 paid in Experian membership fees
4) $1,000.00 Per violation (30 violations)
5) $60,000.00 in person mental fees and mental health anguish
6) $300.00 filing fee and service fee

# United States District Court
## Western District of Washington

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I Abigail Rice agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: 2/27/2024

Signature of Plaintiff: *Abigail Rice*
Abigail Rice