Pro Se Complaint for Civil Case

# United States District Court
## Western District of Washington

| Abigail A Rice | Case NO. 2:24-CV-00267-RAJ |
| --- | --- |
| *Plaintiff* | AMENDED COMPLAINT FOR A CIVIL CASE |
| VS | Jury Trail: ☐ Yes ☒ NO |
| Experian Information Solutions, Inc | |
| *Defendant* | |

## COMPLAINT FOR A CIVIL CASE

FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAR 07 2024   MH

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**The Parties to This Complaint**

**A. The Plaintiff**

Name:                Abigail Rice
Street Address:      2125 127th Pl SW
City and County:     Everett Snohomish County
State and Zip Code:  Washington, 98204
Telephone Number:    425.954.0955
Email Address:       Abigailrice2023@yahoo.com

**B. The Defendant**

Name:                Experian Information Solutions, Inc
Street Address:      475 Anton Blvd
City and County:     Costa Mesa, California 98626
State and Zip Code:

**I. Basis for Jurisdiction**

☒ Federal Question    ☒ Diversity of Citizenship

# United States District Court
## Western District of Washington

**II.  Federal Question**

Willful Failure to comply with accuracy
1) RCW 19.182.090: Consumer file
2) RCW 9.35.202 Identity Crime
3) 15 U.S. Code § 1681a, fair and accurate credit reporting
4) 12 CFR § 1022.123, - Appropriate proof of identity
5) 15 U.S.C. Sec. 1681n(a)(1)(A), allows a consumer to recover any actual damages sustained by the consumer as a result of the [violation]
6) S (15 U.S.C. § 1681a(f) Maintain reasonable procedures to ensure the accuracy of their consumer reports
7) Section 623(a)(6), If a furnisher learns that it has furnished inaccurate information
8) RCW 9.35.020, a consumer reporting agency shall permanently block reporting any information the consumer identifies on his or her consumer report is a result of a violation of RCW 9.35.020

**III.  Diversity of Citizenship**
1. The Plaintiff
   A. The plaintiff Abigail Rice, is a citizen of the state of Washington
2. The Defendant
   A. The defendant, Experian Information Solutions, Inc is a Credit Bureau of the state of California

**IV.  The Amount in Controversy**

The Plaintiff seeking $400,000 in recovery

**V.  Statement of Claim**

I have been a victim of identity theft for 15 years with my old SSN *******. About 8 years ago, I discovered that many states were using that identity and that my credit profile was being sold. Once I found out, I cleared the perpetrator's address, names, and phone numbers from my Experian, Equifax and TransUnion credit profile. The identity theft slowed down but persisted. I then purchased a membership to have control to unlock and lock my profile. The credit identity theft slowed down but took a turn they began to open utility accounts such as, taxes, welfare, unemployment, etc. in my name. The last straw for me was when they went into Macy's and shopped with my store credit using a false identity. I said to myself enough is enough and went through the protocol to change my identity.

Oct, 14th 2023 I applied for a name change and it was granted by the District Court South Division N23-0351 & N23-0366. On Oct 16, 2023, I went into the SSA local office, applied for a new SSN, and provided them with my court-certified name change documents. I also provided them with substantial

# United States District Court
## Western District of Washington

documented evidence from the attorney general from different states that has the person who stole my identity listed on the and letter. And a letter from DOL stating identity theft of a duplicate ID online order, plus additional documents from taxes, welfare, etc of the ongoing identity theft misuse. On January 4th, 2024 the SSA granted the issuance of a new SSN with the name change. On February 5th I was granted the seal of my name change by District Court South Division N23-351 & N23-366. I am free from Identity theft with my new identity.

On 1/16/2024 I submitted all documents to Experian in an attempt to have them transfer my credit history "that I worked so hard to maintain a 700+ credit score to my new identity "tracking-9589071052701289095432" and delete my old identity to prevent further misuse. On 1/25/2023, I received a reply from Experian that my results from this dispute **are ready** "report number 3997847507". In this report, they attached my new name with my old SSN, they did not update my profile with the new SSN as requested. My name change is sealed for a reason and updating the wrong SSN with the updated name allows my perpetrators to gain knowledge that I have a name change. The old name should have remained with the old SSN. In addition, with the completed dispute results they added 19 authorized users to my profile "report number 4005762209 - error". Also, they created a separate profile for my new identity, which is fine, but their system is not allowing me to create a member account because they have both identities intertwined. In addition, you added the wrong DOB to my new identity. I have mailed serval certified mails with return receipts, approximately 5 times asking that you correct your mistakes/errors. And you filed to comply. Tracking numbers 9589071052701289095432, 9589071052701289099379, 9589071052701289100136, 9589071052700447234270, 9589071052701289099317.

I have lost work, and school because of my constant involvement with Experian for the past 2 months via phone and postal. I have been denied credit as well. I have purchased a membership using my old identity to keep my self-updated with my Experian disputes. And I see that they are not making corrections, in fact they are making more and more errors. I am now involved in mental health because I feel defeated, helpless, powerless "mental anguish" by Experian willful failure to comply. I've been through so much with my identity and all I want is my life back/my identity back! Experian failed to comply with verbal and written requests, which leaves me no choice but to bring a lawsuit to get their attention. I'm drained by repeatedly asking for corrections, and you make no corrections, just more errors. I have a right to have an accurate credit report and the right to hold you accountable for not allowing accuracy after multiple notices.

VI. **Relief**
   1) Allow Abigail Rice to create an online member account using her new Identity by fixing system errors.
   2) Correct Abigail Rice new identity "DOB"
   3) Correct your error and remove Abigail Rice from the old SSN. And update that old profile with the correct name Azalea Adams.
   4) Un-merge the 2 identities - SSN's.

# United States District Court
## Western District of Washington

5) When I submitted my personal information disputes. You guys emailed me with a link that said report complete. You guys didn't fix anything, in fact you added 19 authorize user on my profile. Which is inaccurate and needs to be removed on my old credit profile, I never requested any authorized users.
6) Permanently delete or freeze my old identity profile.

## VII. FIANCIAL RELEIF
1) $96.00 Recovery of certified postal fees
2) $5,000.00 Recovery of lost school and work
3) $90.00 paid in Experian membership fees
4) $1,000.00 Per violation
5) $294,904.00 for one-on-one mental health sessions at THS, and mental health anguish
6) $300.00 filing fee / service fee + court parking fee
7) $90.00 TransUnion multi credit Bureau report payment, which was paid in attempt to track Experian progress

## VIII. Punitive Damages

The Plaintiff seeking an **additional $100,000** in punitive damages. The defendant actions show willful misconduct, malice, fraud, wontedness and oppression

## IX. Certification and Closing
Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

X. I Abigail Rice agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: 3/7/2024

Signature of Plaintiff: *Abigail Rice*
Abigail Rice