THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ABIGAIL RICE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendant. | Case No. 2:24-CV-00267-RAJ<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1.　Parent Companies: The ultimate parent company of Experian is Experian plc.

2.　Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

　　A.　Central Source LLC

　　B.　Online Data Exchange LLC

　　C.　New Management Services LLC

　　D.　VantageScore Solutions LLC

　　E.　Opt-Out Services LLC

DEFENDANT EXPERIAN'S CORPORATE DISCLOSURE STATEMENT - 1
(2:24-CV-00267-RAJ)

122994196.1 0099865-10005

**STOEL RIVES** LLP
**ATTORNEYS**
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

3. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

DATED: April 12, 2024

STOEL RIVES LLP

*s/Rachel Groshong*
RACHEL D. GROSHONG, WSBA No. 47021
rachel.groshong@stoel.com
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for Defendant EXPERIAN INFORMATION SOLUTIONS, INC.

DEFENDANT EXPERIAN'S CORPORATE DISCLOSURE STATEMENT - 2
(2:24-CV-00267-RAJ)

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

122994196.1 0099865-10005

**DECLARATION OF SERVICE**

I, Malaika R. Thompson, declare that at all times mentioned herein, I was and am a resident of the state of Washington, over the age of eighteen years, not a party to the proceeding or interested therein, and competent to be a witness therein. My business address is that of Stoel Rives LLP 600 University Street, Suite 3600, Seattle, Washington 98101.

I hereby declare that on April 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and I have sent the foregoing document by United States Postal Service First Class mail, postage prepaid, and by email, to the following CM/ECF non-participant:

Abigail Rice
2125 127th PL SW
Everett Snohomish County
Everett, WA 98204
Telephone: (425) 954-0955
Email: Abigailrice2023@yahoo.com

*Pro Se Plaintiff*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing statements are true and correct.

DATED this 12th day of April 2024 at Kent, Washington.

*/s/ Malaika R. Thompson*
Malaika Thompson, Legal Practice Assistant
Stoel Rives LLP

DEFENDANT EXPERIAN'S CORPORATE DISCLOSURE STATEMENT - 3
(2:24-CV-00267-RAJ)