Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABIGAIL RICE,<br><br>                Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                Defendant. | No. 2:24-cv-00267-RAJ<br><br>MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

This matter comes before the Court on Plaintiff's Motion to Extend Time (Dkt. # 12). The Court's Standing Order states as follows:

> **Meet and Confer Requirement**: For all cases, except applications for temporary restraining orders, counsel contemplating the filing of any motion shall first contact opposing counsel to discuss *thoroughly*, preferably in person, the *substance* of the contemplated motion *and any potential resolution*. The Court construes this requirement strictly. Half−hearted attempts at compliance with this rule will not satisfy counsel's obligation. The parties must discuss the substantive grounds for the motion and attempt to reach an accord that would eliminate the need for the motion. The Court strongly emphasizes that discussions of the substance of contemplated motions are to take place, if at all possible, in

person. *All* motions must include a declaration by counsel briefly describing the parties' discussion and attempt to eliminate the need for the motion and the date of such discussion. Filings not in compliance with this rule may be stricken.

Plaintiff's motion indicates she conferred via telephone on May 9, 2024, with attorney Joe Al Akobian from Jones Day, stating that Mr. Al Akobian is counsel for Defendant Experian Information Solutions, Inc. However, Mr. Al Akobian has not appeared as counsel of record for Defendant in this matter.

Accordingly, the Court STRIKES without prejudice Plaintiff's Motion to Extend Time for failure to meet and confer with opposing counsel of record.

DATED this 10th day of May, 2024.

RAVI SUBRAMANIAN,
Clerk of the Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 2