THE HONORABLE RICHARD A. JONES

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

**SEATTLE DIVISION**

| | |
|---|---|
| ABIGAIL RICE,<br>         *Plaintiff*,<br>     vs.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>         *Defendant*. | Case No.: 2:24-cv-00267-RAJ<br><br>**Notice of Appearance** |

Please take notice that the undersigned, Andrew Grimm, an attorney at the DIGITAL JUSTICE FOUNDATION, hereby enters his appearance on behalf of Plaintiff.

Date: May 13, 2024                              Respectfully submitted,

**DIGITAL JUSTICE FOUNDATION**
A NONPROFIT, PUBLIC-INTEREST FIRM

By */s/ Andrew Grimm*
    Andrew Grimm (WSBA No. 51486)
    15287 Pepperwood Drive
    Omaha, Nebraska 68154
    Telephone: (531) 210-2381
    Andrew@DigitalJusticeFoundation.org

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing by **electronic filing** in CM/ECF.

Dated: May 13, 2024                Respectfully submitted,

                                   */s/ Andrew Grimm*
                                   Andrew Grimm