THE HONORABLE RICHARD A. JONES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ABIGAIL RICE,<br>　　　　　*Plaintiff*,<br>　　vs.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>　　　　　*Defendant*. | Case No.: 2:24-cv-00267-RAJ<br><br>**Rule 41(a)(1)(A)(ii) Stipulation of Dismissal** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedures, the undersigned parties—*i.e.*, all parties who have appeared in this action—hereby stipulate to the dismissal of this action without prejudice.

Each party is to bear its own costs and attorney fees.

Date: September 4, 2024　　　　　　Respectfully and jointly submitted,

　　　　　　　　　　　　　　　　　By */s/ Andrew Grimm*
　　　　　　　　　　　　　　　　　　Andrew Grimm (WSBA No. 51486)
　　　　　　　　　　　　　　　　　　DIGITAL JUSTICE FOUNDATION
　　　　　　　　　　　　　　　　　　15287 Pepperwood Drive
　　　　　　　　　　　　　　　　　　Omaha, Nebraska 68154
　　　　　　　　　　　　　　　　　　Telephone: (531) 210-2381
　　　　　　　　　　　　　　　　　　Andrew@DigitalJusticeFoundation.org

　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Abigail Rice*

By */s/ JoeAl Akobian*
JoeAl Akobian (admitted *pro hac vice*)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 346801
Telephone: (949) 851-3939
JAkobian@JonesDay.com

*Attorney for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing by **electronic filing** in CM/ECF.

Dated: September 4, 2024                     Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm